

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00711-CV

John **DEVILBISS**,
Appellant

v.

Marjorie **BURCH**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2016CV04843
Honorable Tommy Stolhandske, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, we vacate the judgment in part and affirm in part. With respect to possession, we vacate the judgment of possession. We affirm the judgment in all other respects. No costs of appeal are taxed against Appellant John Devilbiss.

Appellee Burch's motion to dismiss is DENIED.

SIGNED May 30, 2018.

_____
Karen Angelini, Justice